1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONZALO ARAMBULA,                          No. C 10-1523 MHP (pr)

      Plaintiff,                          **ORDER OF DISMISSAL**

     v.

ANTONY HEDGPETH, warden; et al.,

      Defendants.

_____/

     Gonzalo Arambula, an inmate at Salinas Valley State Prison, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions at the prison.  Pursuant to 28 U.S.C. § 1915A, the court reviewed his complaint and dismissed it with leave to amend.  The Order Of Dismissal With Leave To Amend also noted that Arambula was a frequent filer and ordered him to show cause why his in forma pauperis application should not be denied under 28 U.S.C. § 1915(g).  Arambula then filed an amended complaint, but filed no response to the order to show cause regarding the pauper application.

     Arambula has failed to show cause why the pauper application should not be denied and this action should not be dismissed under 28 U.S.C. § 1915(g), which provides that a prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds

that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The order identified five prior dismissals that appeared to count under § 1915(g) and ordered Arambula to show cause why pauper status should not be denied and this action dismissed. The order further stated that Arambula also could avoid dismissal by paying the filing fee by the deadline. Order Of Dismissal With Leave To Amend, p. 5.

Arambula did not pay the filing fee, did not show that any of the prior dismissals could not be counted under § 1915(g), and did not otherwise show cause why this case should not be dismissed. The court finds that the five prior dismissals identified at page 5 of the Order Of Dismissal With Leave To Amend count as dismissals for purposes of § 1915(g). The court has reviewed the amended complaint and, to the extent the court can understand it, the amended complaint does not disclose an imminent danger to Arambula. He does not come within an exception to the applicability of § 1915(g).

Accordingly, Arambula's in forma pauperis application is DENIED (Docket # 2) and this action is dismissed pursuant to 28 U.S.C. § 1915(g). The dismissal is without prejudice to Arambula asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 21, 2011

_____
Marilyn Hall Patel
United States District Judge